1301-09-000159

# CITATION

SHAWN MONAGHAN, ET AL  
(Plaintiff)

NUMBER C580259 SECTION 24

19th JUDICIAL DISTRICT COURT

vs.

PARISH OF EAST BATON ROUGE

UNITED RENTALS, INC.  
(Defendant)

STATE OF LOUISIANA

TO: **UNITED RENTALS, INC.**  
THROUGH  
CORPORATION SERVICE COMPANY  
320 SOMERULOS STREET  
BATON ROUGE, LA 70802-6129

RECEIVED  
JUL 23 2009  
E.B.R. SHERIFF'S OFFICE

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at the Governmental Building, 222 St. Louis Street, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **23-JUL-2009**.

_____  
Dianna J. Mahan/Deputy Clerk of Court for  
**Doug Welborn, Clerk of Court**

**Requesting Attorney: JOHN H SMITH**

Also attached are the following documents:  
PETITION FOR DAMAGES

---

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of _____, this _____ day of _____, 20_____.

SERVICE: $_____  
MILEAGE $_____        Deputy Sheriff  
TOTAL: $_____        Parish of East Baton Rouge

CITATION (FORM) 1301

Case 3:09-cv-00627-JTT-JDK   Document 1-2   08/10/09   Page 1 of 5

| | | |
|---|---|---|
| SHAWN MONAGHAN and MELISSA MONAGHAN, Individually and on behalf of their minor children, GAVIN RUCKER, CONNOR RUCKER and KAIDEN MONAGHAN | * * * * * * | NUMBER 580259 SECTION " SEC. 24" 19TH JUDICIAL DISTRICT COURT |
| VERSUS | * * | PARISH OF EAST BATON ROUGE |
| UNITED RENTALS, INC. and ABC INSURANCE COMPANY | * * | STATE OF LOUISIANA |

**************************************************************************

## PETITION FOR DAMAGES

NOW INTO COURT, come the petitioner, **SHAWN MONAGHAN and MELISSA MONAGHAN,** husband and wife and residents of the full age of majority and domiciled in the Parish of St. Tammany, State of Louisiana, **Indivdually and on behalf of their minor children, GAVIN RUCKER, CONNOR RUCKER and KAIDEN MONAGHAN,** who respectfully represent the following petition for damages, to wit:

1.

Made defendants herein are the following:

A. **UNITED RENTALS, INC.**, upon information and belief, a foreign corporation organized under the laws of the State of Delaware, and in fact, doing substantial business activity within the State of Louisiana, whose principal place of business in Louisiana is located at 320 Somerulos Street, Baton Rouge, LA 70802-6129, and thus amenable to exercise of personal jurisdiction by this Honorable Court over it that can be served through its registered agent for service of process, Corporation Service Company, 320 Somerulos Street, Baton Rouge, LA 70802-6129; and,

B. **ABC INSURANCE COMPANY,** an unknown insurer, who upon information and belief provided liability insurance coverage to United Rentals, Inc. on the date of the incident made subject of this litigation.

2.

The defendants are justly and truly indebted unto your petitioner for damages, injuries, and losses that they have sustained together with legal interest from date of judicial demand, and all costs of these proceedings, and for general and equitable relief for the following to-wit:

3.

On or about April 6, 2009, petitioner, **SHAWN MONAGHAN,** was performing the duties of his employer, Mechanical Insulation, Inc. As part of his duties, petitioner was required to utilize a scissor-lift for construction and/or repair work at the National D-Day Museum, Howard Avenue new job site, New Orleans, Louisiana. Suddenly and without warning, the scissor-lift handrail gave way and separated from the scissor-lift causing petitioner to fall approximately 25 feet, and resulting in serious injuries to petitioner, **SHAWN MONAGHAN.**

- 1 -

4.

On or about April 6, 2009, the scissor-lift in use by petitioner, **SHAWN MONAGHAN**, was rented from, its owner the defendant, **UNITED RENTALS, INC.**

5.

At all times pertinent hereto, petitioner, **SHAWN MONAGHAN**, acted in a safe and prudent manner for the circumstances. In no way did petitioner contribute to or cause the incident described herein.

6.

Petitioners allege that the substantial cause of the accident and petitioners' damages was the fault and negligence of defendant, **UNITED RENTALS, INC.**, which is described in part, but not exclusively, as follows:

   a. Failing to maintain its rental equipment in a safe operating condition;

   b. Failing to properly inspect its rental equipment prior to each rental;

   c. Failing to properly train its employees regarding inspection and maintenance of its rental equipment prior to on-site delivery;

   d. Failing to use appropriate replacement parts for pre-accident repair of the scissor-lift handrail;

   e. Failing to warn and disclose to users of the rental equipment the defective condition of the handrail; and,

   f. Any and all acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the time of this trial, including violations of state and parish traffic regulations and ordinances.

7.

Petitioners are informed, believe and therefore allege that at the time of the accident the defendant, **ABC INSURANCE COMPANY**, an unknown insurer, pursuant to the laws of the State of Louisiana, had in full force and effect a policy of comprehensive liability insurance in favor of defendant, **UNITED RENTALS, INC.**, which insurance inures to the benefit of petitioner under the provisions of the Louisiana Direct Action Statute, La. R.S. 22:655.

8.

As a direct and proximate cause of the accident described herein, **SHAWN MONAGHAN** has suffered and will continue to suffer in the future the following, non-exclusive, injuries:

    a.    Severe injuries to back and neck;

    b.    Severe injuries to his ribs;

    c.    Severe injuries to his left arm and elbow;

    d.    Severe injuries to the abdomen including his spleen and liver;

    e.    Permanent scarring;

    f.    Multiple bruises, cuts, fractures and abrasions about his body; and

    g.    Other injuries to be more fully described and proven at the trial of this matter.

9.

As a result of the combined fault and/or negligence of the defendants in causing the aforementioned accident, petitioner, **SHAWN MONAGHAN**, shows that he has suffered and will continue to suffer the following, non-exclusive damages

    a.    Physical pain and suffering – past, present and future;

    b.    Mental and emotional pain, anguish, and distress – past, present and future;

    c.    Medical expenses – past, present and future;

    d.    Loss of income and impairment of earning capacity – past, present and future;

    e.    Loss of enjoyment of life – past, present, and future;

    f.    Fear and fright;

    g.    Permanent disability, disfigurement and scarring; and

    h.    Other damages and losses to be shown at trial.

10.

Petitioner, **MELISSA MONAGHAN**, shows that she is the wife of petitioner, **SHAWN MONAGHAN**, and **GAVIN RUCKER, CONNOR RUCKER and KAIDEN MONAGHAN**, show that they are the minor children of **SHAWN MONAGHAN**, and as a result of the aforementioned accident they have suffered and will continue to suffer the following, non-exclusive damages:

    a.    Loss of consortium – past, present, and future;

    b.    Loss of service and society – past, present, and future;

c. Loss of enjoyment of life – past, present, and future;

d. Loss of companionship – past, present, and future;

e. Loss of income and support – past, present, and future; and

f. Any and all other damages to be shown at the trial of this matter.

11.

Petitioners' damages, exclusive of costs and interest greatly exceed $75,000.00.

12.

Petitioners are entitled to and desire a trial by jury on all issues.

**WHEREFORE PETITIONERS PRAY** that the defendants be served with a copy of this petition and citation, and after all legal delays and due proceedings had, there be judgment in favor of petitioners, **SHAWN MONAGHAN and MELISSA MONAGHAN, Individually and on behalf of their minor children GAVIN RUCKER, CONNOR RUCKER and KAIDEN MONAGHAN**, and against defendants, **UNITED RENTALS, INC.** and **ABC INSURANCE COMPANY** for compensatory damages in an amount that will fully and adequately satisfy the demands of justice in equity, together with legal interest thereon from date of judicial demand, until paid, and for all cost of these proceedings.

Respectfully Submitted,

McKERNAN LAW FIRM

_____
John H Smith (#23308)
Joseph J. McKernan (# 10027)
Chet G. Boudreaux (#28504)
Richard F. Zimmerman, III (#31374)
Christopher J. Corzo (#30451)
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202

**PLEASE SERVE:**

**UNITED RENTALS, INC.**
Through its agent for service of process:
Corporation Service Company
320 Somerulos Street
Baton Rouge, LA 70802-6129

**ABC INSURANCE COMPANY**
Please withhold service at this time.

- 4 -